UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

LOUIS McCOLLUM,

        Plaintiff,

   v.

DIRECTOR OF THE DEPARTMENT OF CORRECTIONS, et al.,

        Defendants.

No. CV 05-8963 VAP (FFM)

JUDGMENT

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that plaintiff take nothing by his Second Amended Complaint and that this action is dismissed.

DATED: June 26, 2009

_____
VIRGINIA A. PHILLIPS
United States District Judge